Rescript Opinions.

JESSIE MACDONALD vs. PHILIP MORIN. December 17, 1975. We have no doubt that the action was properly dismissed under Mass.R.Civ.P. 12(b)(6), 365 Mass. 755 (1974). The only count of the declaration (treated as a complaint) which alleged an actual injury to the plaintiff by reason of any act or omission on the part of the defendant (count 4) failed to assert any form of damages which would have been recoverable under prevailing principles of law.

*Judgment affirmed.*

*Jessie MacDonald,* pro se.
*Philip E. Morin,* pro se, submitted a brief.

COMMONWEALTH vs. ALLAN ROBERT WALDRON. December 19, 1975. We are satisfied that the trial judge's determination of the competency of the complaining minor witness to testify was well warranted by the testimony in the voir dire on that subject. *Commonwealth* v. *Tatisos,* 238 Mass. 322, 325-326 (1921). *Commonwealth* v. *Welcome,* 348 Mass. 68, 70 (1964). *Malchanoff* v. *Truehart,* 354 Mass. 118, 120-122 (1968). Although no motion to strike her testimony was thereafter made, we observe nothing in that testimony which casts serious doubt on the correctness of the original determination.

*Judgment affirmed.*

The case was submitted on briefs.
*Margaret D. McGaughey* for the defendant.
*John J. Droney,* District Attorney, *Alan L. Kovacs & Bonnie H. MacLeod-Griffin,* Assistant District Attorneys, for the Commonwealth.

COMMONWEALTH vs. JOSEPH FERGUSON. December 19, 1975. The assignments of error, not being based on exceptions, bring nothing before this court for review. *Commonwealth* v. *Myers,* 356 Mass. 343, 346 (1969). *Commonwealth* v. *Underwood,* 358 Mass. 506, 507-512 (1970). *Commonwealth* v. *Shaffer,* 2 Mass. App. Ct. 658, 665 (1974), S.C. 367 Mass. 508 (1975). *Commonwealth* v. *Kennedy, ante,* 218, 223 (1975). None of the alleged errors (assuming they are errors) is of sufficient importance to raise any "substantial risk of a miscarriage of justice." *Commonwealth* v. *Freeman,* 352 Mass. 556, 564 (1967). *Commonwealth* v. *Swenor, ante,* 65, 70 (1975). *Commonwealth* v. *Dundon, ante,* 200, 203 (1975). *Commonwealth* v. *Kennedy, supra,* at 225.

*Judgments affirmed.*

The case was submitted on briefs.
*Kenneth Weiss* for the defendant.
*John P. S. Burke,* District Attorney, *& Arthur J. Frawley, Jr.,* Assistant District Attorney, for the Commonwealth.